UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 13377
  ROY E WIETING
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

     Debtor
  SSN XXX-XX-8132
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/18/06 and confirmed on 12/22/06.

   2.  The case was dismissed after confirmation, 05/20/2008.

   3.  The Debtor paid a total of $  25371.16 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | 21278.19 | .00 | 21278.19 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 33182.56 | .00 | 208.45 |
| HSBC MORTGAGE CORP | SECURED | .00 | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| PAUL M BACH | REIMBURSEMENT | 274.00 | .00 | 274.00 |

     Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 54460.75 | 274.00 | .00 | .00 | 54734.75 |
| PRINCIPAL PAID | 21486.64 | 274.00 | .00 | .00 | 21760.64 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 21486.64 | 274.00 | .00 | .00 | 21760.64 |

The Debtor's attorney, PAUL M BACH,                 , was allowed $  2500.00
and was paid $   2500.00 .

The Trustee received $   1110.52 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 08/20/08                  /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 06 B 13377 ROY E WIETING
```